**FILED**
**DEC 0 2 2010**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-40)**

On October 1, 2009, the Panel transferred 32 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 640 additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 02, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
Deputy Clerk
Date 12/2/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2100

### SCHEDULE CTO-40 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 10-08568 | Katherine L. Murphy et al v. Bayer Corporation et al | 10-20506 · DRH·PMF |
| CAC | 2 | 10-08776 | Emily Groomes v. Bayer Corporation et al | 10-20507 · DRH·PMF |
| CALIFORNIA NORTHERN | | | | |
| CAN | 3 | 10-05044 | Dubois et al v. Bayer Corporation et al | 10-20508 · DRH·PMF |
| MARYLAND | | | | |
| MD | 8 | 10-03190 | Miller v. Bayer Healthcare Pharmaceuticals Inc. et al | 10-20509 · DRH·PMF |
| MISSISSIPPI NORTHERN | | | | |
| MSN | 3 | 10-00105 | Bagley v. Bayer Corporation et al | 10-20510 · DRH·PMF |
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 3 | 10-00637 | Ivy v. Bayer Corporation et al | 10-20511 · DRH·PMF |
| MSS | 3 | 10-00648 | Shi v. Bayer Corporation et al | 10-20512 · DRH·PMF |
| NEW JERSEY | | | | |
| NJ | 2 | 10-05672 | RENTFROW v. BAYER CORPORATION et al | 10-20513 · DRH·PMF |
| NJ | 2 | 10-05673 | LEMOS v. BAYER CORPORATION et al | 10-20514 · DRH·PMF |
| NJ | 2 | 10-05687 | TWITO-SPRAY v. BAYER CORPORATION et al | 10-20515 · DRH·PMF |
| NJ | 2 | 10-05744 | MARTINEZ et al v. BAYER CORPORATION et al | 10-20516 · DRH·PMF |
| NJ | 2 | 10-05794 | COLEMAN v. BAYER CORPORATION et al | 10-20517 · DRH·PMF |
| NJ | 2 | 10-05795 | ROACH v. BAYER CORPORATION et al | 10-20518 · DRH·PMF |
| NJ | 2 | 10-05796 | SACCHETTA v. BAYER CORPORATION et al | 10-20519 · DRH·PMF |
| NJ | 2 | 10-05797 | SPEAR v. BAYER CORPORATION et al | 10-20520 · DRH·PMF |
| NJ | 2 | 10-05815 | LAU et al v. BAYER CORPORATION et al | 10-20521 · DRH·PMF |

NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 10-05908 | Nesom v. Bayer Healthcare Pharmaceuticals, Inc. et al | 10-20522-DRH-PM |
| NYS | 1 | 10-06521 | Patterson v. Bayer Healthcare Pharmaceuticals, Inc. et al | 10-20523-DRH-PM |
| NYS | 1 | 10-06522 | Johnson v. Bayer Healthcare Pharmaceuticals, Inc. et al | 10-20524-DRH-PM |
| NYS | 1 | 10-06631 | Kuscsik et al v. Bayer Healthcare Pharmaceuticals, Inc. et al | 10-20525-DRH-PM |

TENNESSEE MIDDLE

| | | | | |
|---|---|---|---|---|
| TNM | 2 | 10-00108 | Thomas v. Bayer AG et al | 10-20526-DRH-PMF |